UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:12-cv-01068-RNC |
| JERRY S. WILLIAMS, MONK'S DEN, LLC, and FIRST IN AWARENESS, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS MONK'S DEN, LLC AND FIRST IN AWARENESS, LLC**

Plaintiff Securities and Exchange Commission ("Commission") hereby moves, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a default judgment against Defendants Monk's Den, LLC ("Monk's Den") and First-in-Awareness, LLC ("FIA"). In support of this request, the Commission submits the accompanying memorandum of law, the Declaration of Richard Harper ("Harper Decl."), and the Declaration of Sophia Hussain ("Hussain Decl.").

For the reasons set forth in the accompanying materials, the Commission is entitled to a final judgment: (a) permanently enjoining Monk's Den and FIA from future securities law violations; (b) requiring Monk's Den and FIA to pay disgorgement and pre-judgment interest in the total amount of $2,545,974; and (c) requiring Monk's Den and FIA to pay an appropriate civil penalty.

A proposed form of Final Judgment for each defaulting defendant is submitted herewith.

        Respectfully submitted,
**SECURITIES AND EXCHANGE COMISSION,**
By its attorney,

/s/  R.M. Harper II
Richard M. Harper II (PHV #05528)
 Senior Trial Counsel
U.S. Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8979 (Harper)
HarperR@sec.gov

July 19, 2013

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2013, I served the foregoing document on following unrepresented party by overnight and electronic mail:

Jerry S. Williams
3123 North 82nd Way
Mesa, Arizona  85207


/s R.M. Harper II
Richard M. Harper II

2