```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE        :
COMMISSION                     :
                               :
      Plaintiff,               :
                               :
V.                             :       CASE NO.  3:12cv1068(RNC)
                               :
JERRY WILLIAMS, MONK'S DEN, LLC :
and FIRST IN AWARENESS, LLC,   :
                               :
      Defendants.              :
```

                        RULING AND ORDER

    Pending before the court is an untitled submission by the pro se defendant Jerry Williams in which he requests "a hearing for purpose of discussion relating to prejudgment settlement, prejudgment remedies and exempt property" and cites to 28 U.S.C. § 3101, which governs "Prejudgment remedies."[1]  (Doc. #50.)  The defendant "requests this hearing be transferred" to the U.S. District Court in Phoenix, Arizona.

    To the extent that the defendant seeks a hearing regarding prejudgment remedies, that request is denied.  The plaintiff, as it explained in its opposition, has not sought prejudgment remedies.

    To the extent that the defendant seeks a settlement conference, the plaintiff indicates that it does not oppose a telephonic conference regarding settlement.  A telephonic conference is scheduled for October 17, 2013 at 1:00 p.m. (EST) to

---

    [1]The submission states that the "defendants" make the instant request.  However, the court previously ruled that defendant Williams cannot represent his businesses, First In Awareness and Monk's Den.  See doc. #19.

discuss settlement.  Plaintiff's counsel shall initiate the conference call and shall have the <u>pro se</u> defendant on the line when calling chambers.

SO ORDERED at Hartford, Connecticut this 26th day of September, 2013.

```
_____/s/_____
Donna F. Martinez
United States Magistrate Judge
```