UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                    Plaintiff,        :
                                      :
       v.                             :   Civil Action No.
                                      :   3:12-cv-01068-RNC
JERRY S. WILLIAMS,                    :
MONK'S DEN, LLC, and                  :
FIRST IN AWARENESS, INC.,             :
                                      :
                    Defendants.       :
_____:

# PLAINTIFF'S CONDITIONAL MOTION FOR PARTIAL DISMISSAL OF CLAIMS AS TO DEFENDANTS MONK'S DEN, LLC AND FIRST IN AWARENESS, INC. ONLY

Conditioned upon, and simultaneous to, entry of the proposed Final Judgment as to Defendants Jerry S. Williams, Monk's Den, LLC ("Monk's Den"), and First in Awareness, Inc. ("First in Awareness"), Plaintiff Securities and Exchange Commission hereby moves to dismiss with prejudice, **as to the entity defendants Monk's Den and First in Awareness only**, the First Claim (Securities Act Section 17(a)) and Second Claim (Securities Act Section 17(b)) of the Complaint. This Motion shall have no effect on any other Claim of the Complaint or on any of the Commission's claims against Defendant Jerry Williams.

Respectfully submitted,

 /s/ R.M. Harper II
Richard M. Harper II (PHV No. 05528)
33 Arch Street
Boston, Massachusetts 02110-1424
(617) 573-8979
HarperR@sec.gov

Counsel for Plaintiff, Securities and Exchange Commission

Dated: February 11, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2014, I served the foregoing document on following unrepresented party by First Class Mail:

Jerry S. Williams
3123 North 82nd Way
Mesa, Arizona 85207


                                      /s R.M. Harper II
                                      Richard M. Harper II